FILED
CLERK U.S. D.STRICT COURT

AUG - 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON CHUNG LAU, | NO. CV 10-5558 JSL (FMO) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| DERRAL G. ADAMS, Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: __8/3__, 2010.

_Spencer Letts_

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE